UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ROBERT HART,

    Plaintiff,

v.                                                        Case No. 8:04-cv-2771-T-30EAJ

MBNA AMERICA BANK, N.A., et al.,

    Defendants.
_____/

## ORDER ON MOTION TO DISMISS

THIS CAUSE comes before the Court upon a Motion to Dismiss the Complaint (Dkt. #48) made by the Law Office of Wolpoff & Abramson, L.L.P. ("W&A") along with Ronald M. Abramson and Barry E. Gordon, attorneys with W&A, and Bernadette Samuels, a non-attorney employee (together with W&A, "Defendants"). Plaintiff responded with a Memorandum in Opposition (Dkt. #60). Defendants claim that service of process was not sufficient according to Fed. R. Civ. P. 4(e)(1), requiring service pursuant to the law of the forum state (Florida) or the state in which service is effectuated (Maryland). For the reasons outlined below, this Court finds that service to Defendants was insufficient and that Plaintiff should be given sixty (60) days to perfect service.

In his response, Plaintiff does not question the application of Florida and Maryland procedural rules for service of process. Instead, Plaintiff's response argues that as counsel for the Defendants, Bell, Leeper & Roper, P.A. is an

authorized agent to receive service on behalf of the Defendants and that service was made on Bell, Leeper & Roper, P.A.

There is no record, however, that service was made to Bell, Leeper & Roper, P.A on behalf of the Defendants. Further, even if service was made, there is no evidence that Bell, Leeper & Roper, P.A. is an adequate agent for service on behalf of any of the Defendants under either Florida or Maryland law.

Plaintiff has failed to demonstrate sufficient service to the Law Office of Wolpoff & Abramson, L.L.P., as well as to Ronald M. Abramson, Barry E. Gordon, and Bernadette Samuels. Plaintiffs will be given sixty (60) days to perfect service on Defendants.

It is therefore ORDERED AND ADJUDGED that:

1. Defendant's Motion to Dismiss (Dkt. #48) is **DENIED**.

2. Plaintiffs shall perfect service within sixty (60) days of the date of this Order, failing which Defendants will be dismissed from this action.

**DONE** and **ORDERED** in Tampa, Florida on May 31, 2005.

/s/ James S. Moody, Jr.
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record