UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**ROBERT HART,**

    **Plaintiff,**

v.                                            Case No.  8:04-cv-2771-T-30EAJ

**MBNA AMERICA BANK, N.A., et al.,**

    **Defendants.**
_____/

## **ORDER**

THIS CAUSE comes before the Court upon Plaintiff's Motion to Stay (Dkt. #64). Plaintiff asks that this action be stayed in light of "a newly tendered Administrative Complaint/Investigation [that] will in all probability resolve all issues before the court."

Because Plaintiff has failed to identify any administrative procedure that will resolve the issues in this case, Plaintiff's Motion should be DENIED.

It is therefore ORDERED AND ADJUDGED that Plaintiff's Motion to Stay (Dkt. #64) is **DENIED**.

**DONE** and **ORDERED** in Tampa, Florida on June 10, 2005.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Odd\2004\04-cv-2771 Motn Stay.wpd