## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

**ROBERT HART,**

    **Plaintiff,**

**v.**                                              **Case No.  8:04-cv-2771-T-30EAJ**

**MBNA AMERICA BANK, N.A., et al.,**

    **Defendants.**
_____/

## ORDER

THIS CAUSE comes before the Court upon Plaintiff's Motion to Stay (Dkt. #67). Plaintiff asks that this action be stayed pending the completion of the Federal Trade Commission's "ongoing investigation of FDCPA violations."

Plaintiff has failed to demonstrate any relationship between this regulatory investigation and the facts and legal issues relevant to his civil RICO action against Defendants.  Accordingly, a stay of this action is not warranted.

It is therefore ORDERED AND ADJUDGED that Plaintiff's Motion to Stay (Dkt. #67) is **DENIED**.

**DONE** and **ORDERED** in Tampa, Florida on June 28, 2005.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Odd\2004\04-cv-2771 Second Motion to Stay.wpd